UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL LHEVAN,                    )        NO.  SACV 21-01418-GW (AGR)
                                   )
                Plaintiff,         )
                                   )        ORDER ACCEPTING FINDINGS AND
        v.                         )        RECOMMENDATIONS OF UNITED
                                   )        STATES MAGISTRATE JUDGE
CITY OF IRVINE, et al.,            )
                                   )
                Defendants.        )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation ("Report"), the Objections (Dkt. Nos. 60-62), and the Response to the Objections (Dkt. Nos. 63-66).  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Report.

IT IS ORDERED as follows:

(1)  Plaintiff's request to defer ruling on the summary judgment motion under Fed. R. Civ. P. 56(d) is denied;

(2) Defendant Hamel's motion for summary judgment (Dkt. No. 30) is granted;

(3) Defendant Hamel's motion to dismiss is denied as unnecessary (Dkt. No. 19);

(5) Plaintiff's request to file an amended complaint is denied.

1        IT IS FURTHER ORDERED that judgment be entered dismissing this action

2    with prejudice.

3

4    DATED:  September 7, 2023

                                           GEORGE H. WU

5                                       United States District Judge