JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LHEVAN, <br>     Plaintiff, <br> v. <br> CITY OF IRVINE, et al., <br>     Defendant. | NO. SACV 21-01418-GW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed with prejudice.

DATED: September 7, 2023

_____
GEORGE H. WU
United States District Judge